B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Leonel Fundora** _____    Case No.    **2:23-bk-01584** _____

_____ Debtor(s)    Chapter    **13** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____ **5,000.00**

    Prior to the filing of this statement I have received _____    $ _____ **1,000.00**

    Balance Due _____    $ _____ **4,000.00**

2.  $ **313.00** ____ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

    **b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

    **c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

    **d. Other Provision:**

    **1. Cases filed in the Northern District of Florida, will be charged a $250/yearly Attorney Annual Statement fee, which will be paid through the confirmed chapter 13 plan.**

    **2. Cases filed in the Middle District of Florida will be charge a monthly monitoring fee of $50.00 starting on the month the chapter 13 plan is confirmed.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

    **Depositions and/or 2004 Examinations**

    **Motion to Modify chapter 13 plan, Motion to Value, Motions to Reinstate, Evidently hearings, Motion to sell property, Motion for Loan Modification (MMM) and motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

In re    **Leonel Fundora**
_____
Debtor(s)

Case No.    **2:23-bk-01584**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 19, 2024**
_____
*Date*

**/s/ Haven Del Pino, Esq.**
_____
**Haven Del Pino, Esq. 88606**
*Signature of Attorney*
**Del Pino & Granados Law Firm**
**900 West 49th Street**
**Suite 422**
**Hialeah, FL 33012**
**305-362-6277  Fax: 888-327-2399**
**haven@delpinolaw.com**
_____
*Name of law firm*